UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT SMITH, Jr., | ) | CASE NO. C05-0278-JLR |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING § 2254 |
| JAMES SPALDING, | ) | PETITION WITHOUT PREJUDICE |
| | ) | AND DENYING EXTENSION |
| Respondent. | ) | OF TIME |
| _____ | ) | |

The court, having reviewed petitioner's § 2254 petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition is DISMISSED without prejudice because the court is without jurisdiction to consider it until the Ninth Circuit Court of Appeals has authorized its filing.

(3) Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) and Petitioner's motion for an extension of time (Dkt. # 7) are DENIED as moot.

ORDER – 1

01     (4)    The Clerk is directed to send a copy of this order to Petitioner and to Judge Theiler.

DATED this 15th day of April, 2005.

                                          JAMES L. ROBART
                                          United States District Judge

ORDER – 2